IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 98-50228
Conference Calendar

_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

CARLOS SANTIBANES-
ESCAMILLA, also known
as Carlos Santivanes-Escamilla,

Defendant-Appellant.

- - - - - - - - - -
Appeal from the United States District Court
for the Western District of Texas
USDC No. DR-97-CR-361-ALL
- - - - - - - - - -
December 10, 1998

Before DAVIS, DeMOSS, and STEWART, Circuit Judges.

PER CURIAM:[*]

Court-appointed counsel for Carlos Santibanes-Escamilla has
moved for leave to withdraw and has filed a brief as required by
Anders v. California, 386 U.S. 738 (1967).  Santibanes-Escamilla
has submitted a response to counsel's motion to withdraw.  Our
independent review of counsel's brief, Santibanes-Escamilla's
response, and the record discloses no nonfrivolous issue.
Accordingly, the motion for leave to withdraw is GRANTED, counsel

_____

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

is excused from further responsibilities herein, and the APPEAL
IS DISMISSED.